SUSAN M. JOYNER, Respondent, *v.* MOORE-WIGGINS COMPANY, LIMITED, Appellant.

*Joyner* v. *Moore-Wiggins Co., Limited*, 152 App. Div. 266, affirmed.
(Argued April 1, 1914; decided April 21, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 8, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover damages alleged to have been suffered by the plaintiff by reason of the fact that the defendant through its servants and agents, in violation of sections 40 and 41 of the Civil Rights Law, had refused plaintiff a seat in a theatre owned and operated by the defendant.

*James M. E. O'Grady* for appellant.

*Louis E. Fuller* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, COLLIN, CUDDEBACK, HOGAN, HORNBLOWER and CARDOZO, JJ.